# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ROBERT BROOKS**                                                                                       **PLAINTIFF**

**v.**                                              **4:08-CV-00444-WRW**

**UNION PACIFIC RAILROAD COMPANY**                                                  **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion to Voluntarily Dismiss the Cumulative Trauma Injuries Pled in the Original Complaint (Doc. No. 13).[1] Defendant does not object.[2] Accordingly, Plaintiff's motion is GRANTED.

IT IS SO ORDERED this 10th day of June, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff does state that he "is not dismissing the acute trauma portion of his claim."

[2] Doc. No. 13.