**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ROBERT BROOKS**                                                                                  **PLAINTIFF**

**vs.**                                              **4:08CV00444-WRW**

**UNION PACIFIC RAILROAD COMPANY**                                       **DEFENDANT**

### JUDGMENT

Based on an Order entered this date granting Defendant's Motion for Summary Judgment, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 12th day of August, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE